Shana E. Scarlett (217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

Stuart M. Paynter (226147)
THE PAYNTER LAW FIRM PLLC
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@paynterlawfirm.com

*Attorney for Plaintiffs*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DONTE CHEEKS, ERMA SUE CLYATT, DEBORAH HORTON, AND RICHARD PIERCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>V.<br><br>FIDELITY AND DEPOSIT COMPANY OF MARYLAND AND PLATTE RIVER INSURANCE COMPANY, as sureties for MERACORD LLC,<br><br>Defendants. | CASE NO. 13-CV-1854 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AND SECOND CLAIMS**<br><br>The Honorable Saundra Brown Armstrong<br><br>ACTION FILED: April 23, 2013 |

010262-15 603905 V1

1    WHEREAS, Plaintiffs filed their class action complaint in this case on April 23, 2013;

2    WHEREAS, Plaintiffs agreed to grant Defendants an extension of time until July 1, 2013 in

3 which to answer the complaint, on the condition that Plaintiffs would have no less than thirty days

4 to respond to any motion filed in response to the complaint,

5    WHEREAS, Defendants filed their Motion to Dismiss Plaintiffs' First and Second Claims

6 for Relief Under RICO With Prejudice for Failure to State a Claim Under FRCP Rule 12(b)(6)

7 ("Motion"), Dkt. No. 7, on July 1, 2013;

8    WHEREAS, Plaintiffs' response to Defendants' Motion is currently due July 15, 2013;

9    WHEREAS Plaintiffs' and Defendants' counsel certify that they have complied with the

10 Court's requirement to meet and confer prior to the filing of this stipulation,

11    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that:

12  (1) Plaintiffs shall have until July 31, 2013 to file their response to Defendants' Motion.

13  (2) Defendants shall have until August 15, 2013 to file their reply in support of their Motion.

14    IT IS SO STIPULATED.

15 DATED: July 11, 2013              **THE PAYNTER LAW FIRM PLLC**

16                                    By: /s/ Stuart M. Paynter

17
                                    Stuart M. Paynter (226147)
18                                    1200 G Street N.W., Suite 800
                                    Washington, DC 20005
19                                    Tel.: (202) 626-4486
                                    Facsimile: (866) 734-0622
20                                    stuart@paynterlawfirm.com

21                                    **HAGENS BERMAN SOBOL SHAPIRO LLP**
                                    Shana E. Scarlett (217895)
22                                    715 Hearst Avenue, Suite 202
                                    Berkeley, California 94710
23                                    Telephone: (510) 725-3000
                                    Facsimile: (510) 725-3001
24                                    shanas@hbsslaw.com

25                                    *Attorneys for Plaintiffs*

26

27

28

STIP. AND [PROPOSED] ORDER EXTENDING
TIME FOR PLS.' RESP. TO DEFS.' MOT. TO DISMISS
PLS.' FIRST AND SECOND CLAIMS      - 1 -
010262-15  603905 V1

**ROBINS, KAPLAN, MILLER & CIRESI, LLP**

/s/ David C. Veis_____
David C. Veis (83135)

2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Tel.: (310) 552-0130
Facsimile: (310) 229-5800
dcveis@rkmc.com

*Attorney for Defendants*

\*     \*     \*

PURSUANT TO STIPULATION. IT IS SO ORDERED.

\_7/11/13_____          _____
DATE                                           HONORABLE SAUNDRA BROWN ARMSTRONG
                                                      UNITED STATES DISTRICT COURT

| | |
|---|---|
| 1 | **E-FILING ATTESTATION** |
| 2 | I, Stuart Paynter, am the ECF User whose ID and password are being used to file this |
| 3 | document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the |
| 4 | signatories identified above has concurred in this filing. |

STIP. AND [PROPOSED] ORDER EXTENDING
TIME FOR PLS.' RESP. TO DEFS.' MOT. TO DISMISS
PLS.' FIRST AND SECOND CLAIMS             - 3-
010262-15  603905 V1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on July 11, 2013, I electronically filed the foregoing document using |
| 3 | the CM/ECF system which will send notification of such filing to the e-mail addresses registered in |
| 4 | the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have |
| 5 | caused to be mailed a paper copy of the foregoing document via the United States Postal Service to |
| 6 | the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF |
| 7 | system. |

                   /s/ Stuart M. Paynter
                   STUART M. PAYNTER

STIP. AND [PROPOSED] ORDER EXTENDING
TIME FOR PLS.' RESP. TO DEFS.' MOT. TO DISMISS
PLS.' FIRST AND SECOND CLAIMS    - 4-
010262-15  603905 V1